1  TONY LOPRESTI, County Counsel (S.B. #289269)
   ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San José, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240
   Email:  aryn.harris@cco.sccgov.org
5

6  Attorneys for Defendants
   COUNTY OF SANTA CLARA, and
7  SHERIFF ROBERT JONSEN

8

9
                    UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         (San José Division)
11

12

13 | ROBERT M. BLANK, an individual, ANTONIO      No. 25CV08027 EJD
   | RAMOS RODRIGUEZ, an individual, KYLE
14 | HOANG TRUONG, an individual, CHARLES
   | KOON CHIU YOUNG, an individual,              **NOTICE OF CLAIM OF**
15 | JONATHAN YOUNG, an individual,               **UNCONSTITUTIONALITY**
   | CALIFORNIA RIFLE & PISTOL                    **[Civil L.R. 3-8]**
16 | ASSOCIATION, INCORPORATED; and THE
   | SECOND AMENDMENT FOUNDATION,
17 |
   |         Plaintiffs,
18 |
   | v.
19 |
   | SANTA CLARA COUNTY SHERIFF'S
20 | DEPARTMENT; SHERIFF ROBERT JONSEN,
   | in his official capacity; and DOES 1-10,
21 |
   |         Defendants.
22

23         Pursuant to Civil Local Rule of Court 3-8, the County of Santa Clara (erroneously also sued

24 as the Sheriff's Department) and Sheriff Robert Jonsen file this Notice of Claim of

25 Unconstitutionality on the grounds that Plaintiffs' First Amended Complaint (Dkt. 11) "draws in

26 question" the constitutionality of (1) California Senate Bill 2 ("SB 2") (Gov. Code, § 26150, et. seq.)

27 the statutory scheme enacted following the Supreme Court's decision in *New York Rifle and Pistol*

28 *Association v. Bruen,* 597 U.S. 1 (2022) and that, in turn, amended California's Concealed Carry

Weapons statutory scheme, Penal Code 26150, et seq.; and (2) potentially the Levine Act (Gov. Code § 84308).

When the constitutionality of a federal or state statute is drawn in question in a case in which the government is not a party, the party raising the issue must "promptly" file a "Notice of Constitutional Question," stating the question and identifying the pleading or paper that raises it. (Civ.L.R. 3-8.) Defendants have served a copy of the notice and pleading on the California Attorney General to afford the State the opportunity to exercise its right to intervene pursuant to 28 U.S.C § 2403(b).

The basis for Defendants' position that Plaintiffs' First Amended Complaint calls into question SB 2 and the Levine Act's constitutionality is more fully addressed in Defendants' Motion to Dismiss filed concurrently with this Notice.

Dated:  December 31, 2025

Respectfully submitted,

TONY LOPRESTI
COUNTY COUNSEL

By: /s/ Aryn Paige Harris
ARYN PAIGE HARRIS
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, and
SHERIFF ROBERT JONSEN

3453869