1  TONY LOPRESTI, County Counsel (S.B. #289269)
   ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San José, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240
   Email:  aryn.harris@cco.sccgov.org
5
6  Attorneys for Defendants
   COUNTY OF SANTA CLARA and SHERIFF
7  ROBERT JONSEN

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                              (SAN JOSÉ)

12 | ROBERT M. BLANK, et al.,            | No. 25CV08027 EJD
13 |         Plaintiffs,                 | **JOINT STATUS REPORT**
14 | v.                                  | Date:   March 26, 2026
   |                                     | Time:   10:00 a.m.
15 | SANTA CLARA COUNTY SHERIFF'S        | Dept.   4
   | DEPARTMENT, et al.,                 | Judge:  The Honorable Edward J. Davila
16 |                                     |
17 |         Defendants.                 |

California Rifle & Pistol Association, Kyle Hoang Truong, The Second Amendment Foundation, Inc., Antonio Ramos Rodriguez, Robert M. Blank, Charles Koon Chiu, Jonathan Young ("Plaintiffs") filed this lawsuit against the County of Santa Clara and Sheriff Robert Jonsen ("Defendants") alleging violations of their constitutional rights under the First, Second, and Fourteenth Amendments stemming from the application and issuance process for Concealed Carry Weapons ("CCW") permits governed by California Senate Bill 2 ("SB 2"). Dkt. 11. On December 31, 2025, Defendants filed a motion to dismiss (Dkt. 27) and Claim of Unconstitutionality (Dkt. 28). In particular, Defendants claim that Plaintiffs' lawsuit challenges the constitutionality of California state statute and, thus, Plaintiffs are required to notify the Attorney General of California. Defendants notified the Attorney General. (Dkt. 29).

The Court held a status conference on January 6, 2026. (Dkt. 34). Following the conference, the Court asked the parties to prepare a Joint Status Report by March 13, 2026 and for defense counsel to report out on whether the Attorney General will join the case. (Dkt. 35). Defense counsel has been in contact with attorneys assigned to firearms litigation in the Attorney General's Office. Defense counsel is informed that the Attorney General's Office would like more time to evaluate if they will join the case and defend the aspects of the litigation that challenge SB 2. Specifically, the Attorney General would like until mid-May to make the decision. The Parties have conferred and are agreeable to further continuing the deadlines to accommodate the Attorney General.

Dated: March 13, 2026

Respectfully submitted,

TONY LOPRESTI
County Counsel

By: */s/ Aryn Paige Harris*
ARYN PAIGE HARRIS
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, and SHERIFF ROBERT JONSEN

| | |
|---|---|
| Dated: March 13, 2026 | MICHEL & ASSOCIATES, P.C. |
| | By: */s/ Anna M. Barvir* <br> ANNA M. BARVIR |
| | Attorney for Plaintiffs <br> ROBERT M. BLANK, CHARLES KOON CHIU YOUNG, ANTONIO RAMOS RODRIGUEZ, JONATHAN YOUNG, KYLE HOANG TRUONG, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED |
| Dated: March 13, 2026 | LAW OFFICES OF DONALD KILMER, APC |
| | By: */s/ Donald Kilmer* <br> DONALD KILMER |
| | Attrorney for Plaintiff <br> THE SECOND AMENDMENT FOUNDATION |

## ATTESTATION

I, Aryn Paige Harris, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

| | |
|---|---|
| Dated: March 13, 2026 | */s/ Aryn Paige Harris* <br> ARYN PAIGE HARRIS |

3542588