C. D. Michel – SBN 144258
cmichel@michellawyers.com
Anna M. Barvir – SBN 268728
abarvir@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Attorneys for Plaintiffs Robert M. Blank, Antonio Ramos Rodriguez, Kyle Hoang Truong, Charles Koon Chiu Young, Jonathan Young, and California Rifle & Pistol Association, Incorporated

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff The Second Amendment Foundation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT M. BLANK, an individual; ANTONIO RAMOS RODRIGUEZ, an individual; KYLE HOANG TRUONG, an individual; CHARLES KOON CHIU YOUNG, an individual; JONATHAN YOUNG, an individual; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; and THE SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY; SANTA CLARA COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT JONSEN, in his official capacity; and DOES 1-10,<br><br>Defendants. | Case No.: 5:25-cv-08027-EJD<br><br>**JOINT STATUS REPORT**<br><br>Status Conf. Date:   May 28, 2026<br>Status Conf. Time:   10 AM<br>Courtroom:   4<br>Judge:   Hon. Edward J. Davila<br><br>Action Filed: September 22, 2025 |

1

Plaintiffs Robert M. Blank, Antonio Ramos Rodriguez, Kyle Hoang Truong, Charles Koon Chiu Young, Jonathan Young, and California Rifle & Pistol Association, Incorporated, and The Second Amendment Foundation ("Plaintiffs") and Defendants Santa Clara County and Santa Clara County Sheriff Robert Jonsen, in his official capacity, ("Defendants"), by and through their attorneys of record hereby submit this Joint Status Report in advance of the Status Conference scheduled for May 28, 2026.

Plaintiffs filed this lawsuit against the Defendants alleging violations of their constitutional rights under the First, Second, and Fourteenth Amendments stemming from the application and issuance process for Concealed Carry Weapons ("CCW") permits governed by California Senate Bill 2 ("SB 2"). Dkt. 11. On December 31, 2025, Defendants filed a motion to dismiss (Dkt. 27) and Claim of Unconstitutionality (Dkt. 28). In particular, Defendants claim that Plaintiffs' lawsuit challenges the constitutionality of California state statute and, thus, Plaintiffs are required to notify the Attorney General of California. Defendants notified the Attorney General. (Dkt. 29.)

The Court held a status conference on January 6, 2026. (Dkt. 34). Following the conference, the Court asked the parties to prepare a Joint Status Report by March 13, 2026 and for defense counsel to report on whether the Attorney General will join the case. (Dkt. 35.) The Parties filed a Joint Status Report on March 13, 2026, indicating that defense counsel has been in contact with attorneys assigned to firearms litigation in the Attorney General's Office and was informed that the Attorney General's Office would like more time to evaluate if they will join the case and defend the aspects of the litigation that challenge SB 2. (Dkt. 37.) The Court continued the Status Conference to May 28, 2026 and ordered that a Joint Status Report be filed by May 18, 2026. (Dkt. 38.)

Defense counsel continues to be in contact with the Attorney General's Office. However, the lead attorney for Defendants is currently in trial on another matter and would like more time to continue communications with the Attorney General. The Parties thus respectfully request a two-week continuance of the Status Conference from May 28, 2026, to June 11, 2026, and likewise request additional time to file a Joint Status Report regarding whether the Attorney General will join the case.

2

JOINT STATUS REPORT

Respectfully Submitted,

Dated: May 18, 2026                    **MICHEL & ASSOCIATES, P.C.**

                                       */s/ Anna M. Barvir*
                                       Anna M. Barvir
                                       Counsel for Plaintiffs Robert M. Blank, Antonio
                                       Ramos Rodriguez, Kyle Hoang Truong, Charles
                                       Koon Chiu Young, Jonathan Young, and California
                                       Rifle & Pistol Association, Incorporated

Dated: May 18, 2026                    **LAW OFFICES OF DONALD KILMER, APC**

                                       */s/ Donald Kilmer*
                                       Donald Kilmer
                                       Counsel for Plaintiff The Second Amendment
                                       Foundation

Dated: May 18, 2026                    TONY LOPRESTI
                                       County Counsel
                                       By: */s/ Aryn Paige Harris*
                                       ARYN PAIGE HARRIS
                                       Deputy County Counsel
                                       Attorneys for Defendants
                                       COUNTY OF SANTA CLARA, and SHERIFF
                                       ROBERT JONSEN

## ATTESTATION OF E-FILED SIGNATURES

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this JOINT STATUS REPORT. In compliance with Northern District of California L.R. 5-1(i)(3), I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: May 18, 2026                    */s/ Anna M. Barvir*
                                       Anna M. Barvir

JOINT STATUS REPORT

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:    *Blank v. Santa Clara County Sheriff's Department*
Case No.:      5:25-cv-08027-EJD

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**JOINT STATUS REPORT**

on the following parties, as follows:

Tony Lopresti
Aryn Paige Harris
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Email: aryn.harris@cco.sccgov.org
   *Attorneys for Defendants Santa Clara County*
   *and Sheriff Robert Jonsen*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 18, 2026, in Long Beach, California.

Laura Fera

CERTIFICATE OF SERVICE