TONY LOPRESTI, County Counsel (S.B. #289269)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
Email:  aryn.harris@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA and
SHERIFF ROBERT JONSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSÉ)

| | |
|---|---|
| ROBERT M. BLANK, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY SHERIFF'S<br>DEPARTMENT, et al.,<br><br>           Defendants. | No. 25CV08027 EJD<br><br>**JOINT STATUS REPORT**<br><br><br><br>Date:   June 25, 2026<br>Time:  10:00 a.m.<br>Dept.   4<br>Judge: The Honorable Edward J. Davila |

        Plaintiffs Robert M. Blank, Antonio Ramos Rodriguez, Kyle Hoang Truong, Charles Koon

Chiu Young, Jonathan Young, and California Rifle & Pistol Association, Incorporated, and The

Second Amendment Foundation ("Plaintiffs") and Defendants Santa Clara County and Santa Clara

County Sheriff Robert Jonsen, in his official capacity, ("Defendants"), by and through their attorneys

of record hereby submit this Joint Status Report in advance of the Status Conference scheduled for

June 25, 2026.

        Plaintiffs filed this lawsuit against the Defendants alleging violations of their constitutional

rights under the First, Second, and Fourteenth Amendments stemming from the application and

issuance process for Concealed Carry Weapons ("CCW") permits governed by California Senate

Bill 2 ("SB 2"). (Dkt. 11). On December 31, 2025, Defendants filed a motion to dismiss (Dkt. 27)

1

and Claim of Unconstitutionality (Dkt. 28). In particular, Defendants claim that Plaintiffs' lawsuit challenges the constitutionality of California state statute and, thus, Plaintiffs are required to notify the Attorney General of California. Defendants notified the Attorney General. (Dkt. 29.)

Since that time, Defendants have been in contact with the Attorney General's Office regarding whether they will join the case and defend the aspects of the litigation that challenge SB 2. The Court has continued the last several status conferences to allow the Attorney General time to evaluate its position.   The Attorney General's Office has indicated that they will file a Motion in Intervention in the next few weeks.

All of the Parties are set to meet and confer in advance of the June 25, 2026 status conference on schedule for the case. The report was filed late due to an error on the part of the County for which it apologizes.

Respectfully submitted,

Dated: June 15, 2026

TONY LOPRESTI
County Counsel

By: */s/ Aryn Paige Harris*
ARYN PAIGE HARRIS
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, and SHERIFF
ROBERT JONSEN

Dated: June 15, 2026

MICHEL & ASSOCIATES, P.C.

By: */s/ Anna M. Barvir*
ANNA M. BARVIR

Attorney for Plaintiffs
ROBERT M. BLANK, CHARLES KOON CHIU
YOUNG, ANTONIO RAMOS RODRIGUEZ,
JONATHAN YOUNG, KYLE HOANG
TRUONG, CALIFORNIA RIFLE & PISTOL
ASSOCIATION, INCORPORATED

//

2

Dated: June 15, 2026                                    LAW OFFICES OF DONALD KILMER, APC


                                                        By:  */s/ Donald Kilmer*
                                                        DONALD KILMER

                                                        Attrorney for Plaintiff
                                                        THE SECOND AMENDMENT FOUNDATION


**ATTESTATION**

I, Aryn Paige Harris, am the ECF User whose ID and password are being used to file this Joint Status Report.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

Dated: June 15, 2026                                    */s/ Aryn Paige Harris*
                                                        ARYN PAIGE HARRIS


3613717

Joint Status Report                                                          25CV08027 EJD