C. D. Michel – SBN 144258
cmichel@michellawyers.com
Anna M. Barvir – SBN 268728
abarvir@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Attorneys for Plaintiffs Robert M. Blank, Antonio Ramos Rodriguez, Kyle Hoang Truong, Charles Koon Chiu Young, Jonathan Young, and California Rifle & Pistol Association, Incorporated

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff The Second Amendment Foundation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT M. BLANK, an individual; ANTONIO RAMOS RODRIGUEZ, an individual; KYLE HOANG TRUONG, an individual; CHARLES KOON CHIU YOUNG, an individual; JONATHAN YOUNG, an individual; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; and THE SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> SANTA CLARA COUNTY; SANTA CLARA COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT JONSEN, in his official capacity; and DOES 1-10, <br><br> Defendants. | Case No.: 5:25-cv-08027-EJD <br><br> **JOINT STATUS REPORT** <br><br> Status Conf. Date:  August 4, 2026 <br> Status Conf. Time:  1:00 PM <br> Courtroom:  4 <br> Judge:  Hon. Edward J. Davila <br><br> Action Filed: September 22, 2025 |

Plaintiffs Robert M. Blank, Antonio Ramos Rodriguez, Kyle Hoang Truong, Charles Koon Chiu Young, Jonathan Young, and California Rifle & Pistol Association, Incorporated, and The Second Amendment Foundation (collectively, "Plaintiffs"), Defendants Santa Clara County, Santa

1

JOINT STATUS REPORT

Clara Sheriff's Department, and Sheriff Robert Jonsen (collectively, "Defendants"), and the Office of the California Attorney General, through their counsel of record, have met and conferred as required by this Court's Minute Entry Setting the Further Status Conference (ECF No. 44).

Pursuant to that order, the Parties jointly submit the following Joint Status Report regarding "case schedule, stipulation re intervention, and early neutral evaluation and mediation."

## I.    CASE SCHEDULE

The Parties have reviewed this Court's rules and have met and conferred regarding a case schedule. They propose the following case schedule:

| Event | Proposed Date |
| --- | --- |
| Motion to Add Parties or Amend Pleading | October 1, 2026 |
| Disclosure of Expert Witnesses Pursuant to Rule 26 | December 3, 2026 |
| Disclosure of Rebuttal Expert Witnesses Pursuant to Rule 26 | January 21, 2027 |
| Plaintiffs' Motion for Summary Judgment | February 11, 2027 |
| Defendants' Motion for Summary Judgment / Opposition to Plaintiffs' Motion for Summary Judgment | March 11, 2027 |
| Plaintiffs' Opposition to Defendants' Motion for Summary Judgment / Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment | April 1, 2027 |
| Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | April 15, 2027 |
| Close of Fact and Expert Discovery | April 15, 2027 |
| Hearing on Motions for Summary Judgment | May 6, 2027 9:00 AM |

## II.    STIPULATION REGARDING INTERVENTION

The Parties have met and conferred regarding the Attorney General's participation in this matter. Neither the County nor Plaintiffs oppose the Attorney General's participation. Plaintiffs, however, maintain that the First Amended Complaint does not assert claims against the State, and based on the Attorney General's stated grounds for intervention, Plaintiffs intend to seek leave to file a Second Amended Complaint to clarify the claims and issues presented.

JOINT STATUS REPORT

The Parties are working together to prepare either a stipulation or an unopposed motion addressing the Attorney General's participation and Plaintiffs' filing of a Second Amended Complaint. They anticipate filing the stipulation or motion on or before July 10, 2026.

**III.    EARLY NEUTRAL EVALUATION (ENE) AND MEDIATION**

The Parties have agreed to participate in ENE in an effort to resolve or narrow the issues presented in this action. All Parties and the Office of the Attorney General consent to referral of the matter to Magistrate Judge Nathanael M. Cousins for the ENE and any related settlement proceedings.

Respectfully submitted,

Dated: July 2, 2026                 **MICHEL & ASSOCIATES, P.C.**

                                                    */s/ Anna M. Barvir*
                                                    Anna M. Barvir
                                                    Counsel for Plaintiffs Robert M. Blank, Antonio Ramos Rodriguez, Kyle Hoang Truong, Charles Koon Chiu Young, Jonathan Young, and California Rifle & Pistol Association, Incorporated

Dated: July 2, 2026                 **LAW OFFICES OF DONALD KILMER, APC**

                                                    */s/ Donald Kilmer*
                                                    Donald Kilmer
                                                    Counsel for Plaintiff The Second Amendment Foundation

Dated: July 2, 2026                 **TONY LOPRESTI**
                                                    **County Counsel**

                                                    */s/ Aryn Paige Harris*
                                                    ARYN PAIGE HARRIS
                                                    Deputy County Counsel
                                                    Counsel for Defendants Santa Clara County and Sheriff Robert Jonsen

**ATTESTATION OF E-FILED SIGNATURES**

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this JOINT STATUS REPORT. In compliance with Northern District of California L.R. 5-1(i)(3), I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: July 2, 2026                 */s/ Anna M. Barvir*
                                                    Anna M. Barvir

3

JOINT STATUS REPORT

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:   *Blank v. Santa Clara County Sheriff's Department*
Case No.:    5:25-cv-08027-EJD

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**JOINT STATUS REPORT**
on the following parties, as follows:

Tony Lopresti
Aryn Paige Harris
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Email: aryn.harris@cco.sccgov.org
  *Attorneys for Defendant Santa Clara County*
  *and Sheriff Robert Jonsen*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2026, in Long Beach, California.

Laura Fera

CERTIFICATE OF SERVICE