ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
KEVIN L. QUADE
Deputy Attorney General
State Bar No. 285197
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone:  (916) 210-7693
  Fax:  (916) 324-8835
  E-mail:  Kevin.Quade@doj.ca.gov
*Attorneys for Proposed Intervenor
Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ROBERT M. BLANK, an individual; ANTONIO RAMOS RODRIGUEZ, an individual; KYLE HOANG TRUONG, an individual; CHARLES KOON CHIU YOUNG, an individual; JONATHAN YOUNG, an individual; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; and THE SECOND AMENDMENT FOUNDATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**SANTA CLARA COUNTY; SANTA CLARA COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT JONSEN, in his official capacity; and DOES 1-10,**<br><br>Defendants. | 5:25-cv-08027-EDJ<br><br>**PROPOSED INTERVENOR CALIFORNIA ATTORNEY GENERAL'S NOTICE OF MOTION AND MOTION TO INTERVENE**<br><br>Date:        September 17, 2026<br>Time:        9:00 a.m.<br>Courtroom:  4<br>Judge:      The Hon. Edward J. Davila<br>Trial Date:  n/a<br>Action Filed:  September 22, 2025 |

1

**TO THE COURT AND THE PARTIES' COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 17, 2026, at 9:00 a.m. at the United States District Court, Northern District of California, San Jose Division, Robert F. Peckham Federal Building and United States Courthouse, 280 South 1st Street, San Jose, California 95113, Courtroom 4, 5th Floor, Proposed Intervenor Attorney General Rob Bonta, in his official capacity as California Attorney General, will and does hereby move to intervene pursuant to Federal Rules of Civil Procedure 5.1 and 24(a) and 28 U.S.C. § 2403, for the limited purpose of defending the constitutionality of California Penal Code section 26190, subdivisions (b)(1) and (e)(1).

This motion is based on this Notice of Motion and Motion to Intervene; the accompanying Memorandum of Points and Authorities; all pleadings and papers on file in this action; and such other matters as the Court may deem appropriate. This motion is made following a video-conference meet and confer with counsel for both parties in this matter on June 23, 2026. Counsel have also exchanged various phone calls and emails following that conference to discuss their respective positions on the motion. Counsel for defendants has indicated that they do not oppose this motion. Counsel for plaintiffs has indicated that they do not oppose permissive intervention under Rule 24(b), but do oppose the Attorney General's intervention as a matter of right pursuant to Rule 24(a).

Dated:  July 10, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

KEVIN L. QUADE
Deputy Attorney General
*Attorneys for Proposed Intervener
Attorney General Rob Bonta*

Proposed Intervenor California Attorney General's Notice of Motion and Motion to Intervene (5:25-cv-08027-EDJ)