C. D. Michel – SBN 144258
cmichel@michellawyers.com
Anna M. Barvir – SBN 268728
abarvir@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Attorneys for Plaintiffs Robert M. Blank, Antonio Ramos Rodriguez, Kyle Hoang Truong, Charles Koon Chiu Young, Jonathan Young, and California Rifle & Pistol Association, Incorporated

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff The Second Amendment Foundation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT M. BLANK, an individual; ANTONIO RAMOS RODRIGUEZ, an individual; KYLE HOANG TRUONG, an individual; CHARLES KOON CHIU YOUNG, an individual; JONATHAN YOUNG, an individual; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; and THE SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY; SANTA CLARA COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT JONSEN, in his official capacity; and DOES 1-10,<br><br>Defendants. | Case No.: 5:25-cv-08027-EJD<br><br>***ERRATA* -- PLAINTIFFS' OPPOSITION TO CALIFORNIA ATTORNEY GENERAL'S MOTION TO INTERVENE AS A MATTER OF RIGHT UNDER RULE 24(a), and CONSENT TO PERMISSIVE INTERVENTION UNDER RULE 24(b)**<br><br>Hearing Date: September 17, 2026<br>Hearing Time: 9:00 a.m.<br>Courtroom:    4<br>Judge:        The Hon. Edward J. Davila<br><br>Action Filed: September 22, 2025 |

ERRATA-- OPPOSITION TO ATTORNEY GENERAL'S MOTION TO INTERVENE

Due to an oversight by counsel, the following paragraph was inadvertently omitted from ECF-Document 49 filed earlier today. The following text should have appeared on page 2 (ECF page 3) starting at line 15 with no other changes to Doc. 49:

28 U.S.C. § 2403 mandates that a District Court certify the question of intervention to a state Attorney General, but only if appropriate findings are made. That has not happened here. Neither the current Defendants, nor the proposed intervenor have asked this District Court to certify the question of intervention to the California Attorney General. Which is why 28 U.S.C. § 2403 cannot support a finding under Fed. R. Civ. P. 24(a)(1). The analysis is the same under Fed. R. Civ. P. 5.1, which is merely a notice requirement. The analysis is same under either § 2403 or Rule 5.1. Neither of these boot-strap theories support Intervention as of Right under Fed. R. Civ. P. 24, which is the mechanism for operationalizing the how and why of intervention (by right or permissive), and which is the focus of Plaintiffs' response to California's Motion to Intervene.

Respectfully Submitted,

Dated: July 24, 2026                **MICHEL & ASSOCIATES, P.C.**

*/s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiffs Robert M. Blank, Antonio Ramos Rodriguez, Kyle Hoang Truong, Charles Koon Chiu Young, Jonathan Young, and California Rifle & Pistol Association, Incorporated

Dated: July 24, 2026                **LAW OFFICES OF DONALD KILMER, APC**

*/s/ Donald Kilmer*
Donald Kilmer
Counsel for Plaintiff The Second Amendment Foundation

1

ERRATA - OPPOSITION TO ATTORNEY GENERAL'S MOTION TO INTERVENE

**ATTESTATION OF E-FILED SIGNATURES**

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this PLAINTIFFS' OPPOSITION TO CALIFORNIA ATTORNEY GENERAL'S MOTION TO INTERVENE. In compliance with Northern District of California L.R. 5-1(i)(3), I attest that all signatories are registered CM/ECF filers and have concurred in this filing.


Dated: July 24, 2026                    */s/ Donald Kilmer*
                                        Donald Kilmer

2

ERRATA - OPPOSITION TO ATTORNEY GENERAL'S MOTION TO INTERVENE

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:   *Blank v. Santa Clara County Sheriff's Department*
Case No.:      5:25-cv-08027-EJD

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 14085 Silver Ridge Road, Caldwell Idaho, 83607

I am not a party to the above-entitled action. I have caused service of:

**Errata -- OPPOSITION TO CALIFORNIA ATTORNEY GENERAL'S MOTION TO INTERVENE AS A MATTER OF RIGHT UNDER RULE 24(a), and CONSENT TO PERMISSIVE INTERVENTION UNDER RULE 24(b)**

on the following parties, as follows:

Tony Lopresti
Aryn Paige Harris
aryn.harris@cco.sccgov.org
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Attorneys for Defendants Santa Clara County
and Sheriff Robert Jonsen

Kevin L. Quade
kevin.quade@doj.ca.gov
1300 I Street, Suite 125
Sacramento, CA 95814
Attorneys for Proposed Intervenor
Attorney General Rob Bonta

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2026, in Caldwell, Idaho.

*/s Donald Kilmer*
Donald Kilmer

CERTIFICATE OF SERVICE