United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROBERT M. BLANK, et al.,

Plaintiffs,

v.

SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, et al.,

Defendants.

Case No. 5:25-cv-08027-EJD

**ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT, FINDING PENDING MOTION TO DISMISS MOOT**

Re: ECF Nos. 27, 53

This Court, having granted Attorney General Rob Bonta's motion to intervene, and in consideration of the Parties' Stipulation for Leave to File Second Amended Complaint After the Court's Disposition of Proposed Intervenor Attorney General Bonta's Motion to Intervene, the Court **GRANTS** that request. In light of the forthcoming Second Amended Complaint, Defendants' Amended Motion to Dismiss (ECF No. 27) is rendered moot.

Plaintiffs **SHALL** file the Second Amended Complaint that was attached to the Parties' stipulation within 7 days of this Order.

**IT IS SO ORDERED.**

Dated: September 30, 2026

EDWARD J. DAVILA
United States District Judge