ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
KEVIN L. QUADE
Deputy Attorney General
State Bar No. 285197
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7693
Fax: (916) 324-8835
E-mail: Kevin.Quade@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ROBERT M. BLANK, an individual; ANTONIO RAMOS RODRIGUEZ, an individual; KYLE HOANG TRUONG, an individual; CHARLES KOON CHIU YOUNG, an individual; JONATHAN YOUNG, an individual; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; and THE SECOND AMENDMENT FOUNDATION,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**SANTA CLARA COUNTY; SANTA CLARA COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT JONSEN, in his official capacity; ATTORNEY GENERAL ROB BONTA, in his official capacity; and DOES 1-10,**<br><br>Defendants. | 5:25-cv-08027-EJD<br><br>**STIPULATED REQUEST TO STAY DEFENDANTS' RESPONSIVE PLEADING DEADLINE AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 4<br>Judge: The Hon. Edward J. Davila<br>Trial Date: n/a<br>Action Filed: September 22, 2025 |

Pursuant to Local Civil Rules 5 and 6-1(a), Plaintiffs Robert M. Blank; Antonio Ramos Rodriguez; Kyle Hoang Truong; Charles Koon Chiu; Jonathan Young; California Rifle & Pistol Association, Incorporated; and The Second Amendment Foundation ("Plaintiffs"), and Defendants County of Santa Clara; Robert Jonsen, in his official capacity as Sheriff of Santa Clara County; and Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendants"), hereby stipulate and request that the Court stay the deadline for Defendants to respond to Plaintiffs' Second Amended Complaint. The Parties previously stipulated to extend the deadline for responsive pleading to November 15, 2026. The Parties will participate in a settlement conference scheduled for December 15, 2026, before Chief Magistrate Judge Nathanael M. Cousins. Because the outcome of the settlement conference may alter the legal issues in this case or require the filing of amended complaint, there is good cause to stay the current deadline for responsive pleading. The Parties will provide a joint status report to the Court no later than seven days after the settlement conference and, if necessary, file a stipulated request for the Court to set a new deadline for responsive pleading.

In addition, in light of the settlement conference scheduled for December 15, 2026, the Parties stipulate and request that the case management conference currently scheduled for December 10, 2026 be continued.

**IT IS SO STIPULATED.**

///

///

Dated: November 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

*/s/ Kevin L. Quade*
KEVIN L. QUADE
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta*

Dated: November 6, 2026

TONY LOPRESTI
County Counsel

*/s/ Aryn Paige Harris*
ARYN PAIGE HARRIS
Deputy County Cousnel
*Attorneys for Defendants County of Santa Clara and Sheriff Robert Jonsen*

Dated: November 6, 2026

MICHEL & ASSOCIATES, P.C.

*/s/ Anna M. Barvir*
ANNA M. BARVIR
*Attorneys for Plaintiffs Robert M. Blank, et al.*

Dated: November 6, 2026

LAW OFFICES OF DONALD KILMER

*/s/ Donald E.J. Kilmer, Jr.*
DONALD E.J. KILMER
*Attorneys for Plaintiff The Second Amendment Foundation*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: November 6, 2026

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

*/s/ Kevin L. Quade*
KEVIN L. QUADE
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta*