**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ROBERT M. BLANK, an individual; ANTONIO RAMOS RODRIGUEZ, an individual; KYLE HOANG TRUONG, an individual; CHARLES KOON CHIU YOUNG, an individual; JONATHAN YOUNG, an individual; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; and THE SECOND AMENDMENT FOUNDATION,

Plaintiffs,

v.

SANTA CLARA COUNTY; SANTA CLARA COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT JONSEN, in his official capacity; ATTORNEY GENERAL ROB BONTA, in his official capacity; and DOES 1-10,

Defendants.

Case No.: 5:25-cv-08027-EJD

**ORDER GRANTING JOINT REQUEST FOR REMOTE APPEARANCE AT SETTLEMENT CONFERENCE**

Settlement Conference: December 15, 2026
Time: 9:30 a.m.
Magistrate Judge: Hon. Nathanael M. Cousins

Action Filed: September 22, 2025

Good cause appearing, the Parties’ Joint Request for Remote Appearance at Settlement Conference is GRANTED. All Parties, party representatives, and counsel may attend the December 15, 2026 settlement conference at 9:30 AM by Zoom videoconference, using the Court’s settlement conference Zoom link. All participants must appear by video, not by telephone, for the entire conference.

IT IS SO ORDERED.

Dated: November 24, 2026




Hon. Nathana
Chief United